Kenneth S. Roosa, Esq.
Cooke Roosa LLC
3700 Jewel Lake Road
Anchorage, Alaska 99502
Phone: 907-276-2744
Facsimile: 907-276-2746
Email: Ken@cookeroosa.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BENEDICT RAEL, on his own behalf and as Personal Representative of the Estate of KATIE ANN GILILA RAEL, Deceased,<br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. A06–CV-0256 (RRB) |

## STIPULATION FOR DISMISSAL

The Plaintiffs and the Defendant, via undersigned counsel, stipulate that this matter has been resolved via negotiated settlement and that this action should be dismissed with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

DATED at Anchorage, Alaska this 24th day of December, 2008.

COOKE ROOSA LLC
Attorneys for Plaintiff

By: s/ Kenneth S. Roosa
    Kenneth S. Roosa    ABA No. 8306063
    3700 Jewel Lake Road
    Anchorage, Alaska 99502
    Phone: 907-276-2744
    Facsimile: 907-276-2746
    Email: Ken@cookeroosa.com

DATED at Anchorage, Alaska this 24th day of December, 2008.

United States Attorney
Attorneys for Defendant

By: s/ Daniel R. Cooper, Jr.
    Daniel R. Cooper, Jr.
    Assistant U.S. Attorney
    222 W. 7th Avenue, #9, Room 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-3376
    Fax: (907) 271-2344
    E-mail: daniel.cooper@usdoj.gov