IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BENEDICT RAEL, on his own behalf and as Personal Representative of the Estate of KATIE ANN GILILA RAEL, Deceased,<br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. A06–CV-0256 (RRB) |

## ORDER FOR DISMISSAL

The Court having considered the parties' Stipulation for Dismissal, hereby ORDERS that this action is dismissed with prejudice, with each party to bear its own costs, expenses and attorney's fees.

12/29/08
Date:

S/RRB
RALPH R. BEISTLINE
United States District Judge